Waiver of Indictment

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

               v.          :          CRIMINAL NO. 20-392

SHAHIDUL GAFFAR          :

Shahidul Gaffar, the above named defendant, who is accused of

18 U.S.C. § 371

being advised of the nature of the charge and his rights, hereby waives in open court prosecution

by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Shahidul Gaffar, Defendant

_____
Witness

_____          _____
Date          Elizabeth Toplin, Counsel for Defendant