# Attachment

①

In the name of God, the most Gracious the Most Merciful.

Dear Honorable Judge,

I am Bushra Gaffar, oldest daughter of Shahidul Gaffar and Nabila Khan. Your Honor, I am writing this letter on behalf of my siblings and myself. Your Honor, as you know we are in a very unfortunate and sad situation. And for the four of us, it is very heart-breaking and devastating to see what our happy, loving, and patient parents, going through past few years, emotionally. Your kind Honor, we understand they made many mistakes and bad choices which led our

wonderful happy family shattered. But we are giving assurance as children that they won't break anymore laws, since they have learned it in a very hard way. We are begging for your kindness and mercy towards them, As you have already shown. Its drowning to know that our parents are both going to the prison. Especially for my younger siblings, who are still young to process all of this. This effects us in many ways, our education, mentally, emotionally. We all need them both by our sides, we are requesting you, your Honor to ease their burden and pain.

(2)

Your Honor, our father is hardworking man, who tries his best for our needs. As for my mother, she is very loving, patient, and shy. So your good Honor, when we look into our future, we can't dream of anything. The vision is blurry. 😔 My sister and I had so many getting into a IVY colledge or just a very good college. I'm mostly sad for my younger brothers. They still really need them, we all need Them. As a Gurdian, protecter, and most of all just to be a normall happy family. Just to help us with our bumpy path, or just for them to be here in our little tiny house. But really your Honor, I beg you to make it easier for my parents. They have sacrifised a lot! Their burden

is already like Mount Everest as you know. We're grateful and we'll always be grateful to you, Your Honor. And hopefull for your greatest kindness. Lastly we love our country, and will always be faithful. Since we won't be in the court room, so sending this open letter, because we are our parent's biggest witness! ♡

Sincerly,

Bushra Gaffar (13), Zaara Gaffar (12)