IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER 20-392 |
| | : | |
| SHAHIDUL GAFFAR | : | |

## O R D E R

**AND NOW**, this 9th day of September, 2021, upon consideration of the Defendant's Unopposed Motion for Temporary Modification of Conditions of Pretrial Release; it is hereby **ORDERED** that said motion is granted, *nunc pro tunc*, and conditions be temporarily modified to permit Defendant Shahidul Gaffar to travel to Pennsauken, New Jersey on September 6, 2021, to provide essential catering services necessary for his restaurant business.

BY THE COURT:

_____
**THE HONORABLE JOSHUA D. WOLSON**
**United States District Court Judge**