IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAHIDUL GAFFAR and NABILA KHAN | Case No. 2:20-cr-00392-JDW |

**ORDER**

**AND NOW**, this 8th day of October, 2021, upon consideration of the Parties' Joint Motion To Seal (ECF No. 68), and for the reasons set forth in the Court's accompanying Memorandum, it is **ORDERED** as follows:

1. The Joint Motion To Seal (ECF No. 68) is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** with respect to information related to the Government's underlying investigation in this matter. However, the Motion is **DENIED** with respect to the marital communications between Defendants;

2. On or before October 15, 2021, the Government shall re-file its sentencing memorandum on the public docket, redacting only the information related to the Government's investigation of this matter, as set forth on pages 8 and 10 of the sentencing memorandum. Exhibit A to the Government's sentencing memorandum shall be filed on the public docket;

3. On or before October 15, 2021, Defendant Nabila Khan shall re-file her sentencing memorandum on the public docket, redacting only the information related to the Government's investigation of this matter, as set forth on pages 3, 4, 5, and 8 of the sentencing memorandum. Exhibit 1 to the sentencing memorandum shall remain **UNDER SEAL**; and

4. The discussion held at sidebar during the Defendants' sentencing hearing on September 9, 2021 shall remain **UNDER SEAL**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.