**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.  20-392 |
| SHAHIDUL GAFFAR | : | |
| NABILA KHAN | | |

## GOVERNMENT'S SENTENCING MEMORANDUM

### I.    Introduction

On November 18, 2020, the defendants, SHAHIDUL GAFFAR and NABILA KHAN,
pled guilty to a one-count Information, charging them each with 18 U.S.C. § 371, conspiracy to
commit a crime against the United States, namely to provide material support to a foreign
terrorist organization in violation of 18 U.S.C. § 2339B.  During their plea colloquies, the
defendants admitted that they conspired to provide money in support of KHAN's two brothers
who traveled to Syria to join the Islamic State of Iraq and al-Sham, also known as ISIS or ISIL
(hereinafter, "ISIS").   The defendants entered their guilty pleas pursuant to plea agreements and
are scheduled to be sentenced on September 9, 2021.

### II.    Facts of the Case

In 2015, two brothers, JK and IK, traveled from their family home in Bangladesh to Syria
to join ISIS and fight on the battlefield.  JK left first, in February 2015, and IK followed him
several months later, in July 2015.  Although they traveled to Syria alone, these two brothers had
the support of their family – including their sister, defendant NABILA KHAN, and her husband,
defendant SHAHIDUL GAFFAR.  Not only were the defendants well aware of the brothers'

radicalization and intention to join ISIS prior to their departures, but they also conspired to provide money to the brothers for their travel to join ISIS, and did in fact provide money to IK for that purpose.

NABILA KHAN first learned of JK's intention to travel to Syria in late September 2014. In October 2014, KHAN exchanged private electronic messages with a family member in which they discussed how KHAN and her family could support JK's travel to Syria.  In January 2015, KHAN requested that a family member sell KHAN's gold jewelry in Bangladesh and give the proceeds to JK for his travel to Syria.  Later that month, KHAN traveled to Bangladesh to see JK and wish him farewell before his departure for Syria in early February 2015.

Shortly thereafter, on February 6, 2015, SHAHIDUL GAFFAR exchanged multiple private messages with KHAN's mother ("YPK") discussing JK's departure for Syria to join ISIS, including the following statements as translated into English in part:

GAFFAR:    Peace be unto you Ma.  How are you?  May Allah give you and
           father lots of strength if Allah wills.

YPK:       Amen. Peace be unto you. How are you? Babu [GAFFAR] pray
           that I don't get defeated by Satan at the time of death. From your
           heart pray for [JK].

GAFFAR:    If Allah wills Ma. May Allah [g]rant [JK] highest status.  Be
           [p]roud mother for the noble cause and for the sake of Allah!!!

In February 2015, KHAN's other brother, IK, who had resided with KHAN and GAFFAR in the Eastern District of Pennsylvania for eight months to attend school, departed the United States and returned to the Khan family home in Bangladesh.  On February 23 and 24, 2015, GAFFAR exchanged multiple messages with IK, discussing IK's return to Bangladesh and GAFFAR's feelings about being left behind in "the land of great unbelievers."  Later that month,

KHAN, who was still in Bangladesh, observed IK watching videos featuring Anwar al-Awlaki, a specially designated global terrorist under Executive Order 13224 as a "key leader" of a foreign terrorist organization that justified violent jihad against the United States, and videos regarding death and paradise.  From March through July 2015, GAFFAR sent multiple wire transfers to IK in Bangladesh.  These funds had multiple purposes, but one purpose was to support IK's travel to Syria to join ISIS.

On June 30, 2015, GAFFAR sent an electronic message to KHAN, which read in part, as translated, "Let [IK] know that I will manage and send 3000 dollars if Allah wills.  Let's help him, my love, for the good cause who knows that might be enough to get forgiveness from Allah and accept[ance] [in]to heaven."  On July 1, 2015, KHAN sent GAFFAR a message which read, as translated in part: "[IK] said if everything goes smoothly, he will leave [for Syria] next week." In response, GAFFAR sent KHAN an online newspaper article about a family of 12 who traveled from the United Kingdom to live with ISIS in Syria.  On July 2, 2015, KHAN and GAFFAR exchanged messages and discussed IK's departure to Syria to join ISIS.  GAFFAR stated, as translated in part: "But one thing makes [all] of us strong, we are not losing him [IK] rather [a]ppreciating for the cause of Allah[']s work."  GAFFAR continued, "May Allah give all of us strength to handle our emotions.  I feel bad for mom and dad, at the same time, I feel very proud.  [W]hat a lucky mom and dad."

On July 3, 2015, GAFFAR sent KHAN an electronic message, stating, as translated: "But what we can do is to [a]ppreciate and be proud of his [IK's] decisions."  GAFFAR continued, "May Allah [a]ccept him and may his [a]cceptance be the guidance for our desire to enter [h]eaven as well."  KHAN replied, as translated, "Amen."  GAFFAR then commented that it was

"cool" that KHAN was able to observe IK's radical Islamist "changes" from "beginning to end." KHAN then remarked that she hoped their action in joining ISIS would grant JK and IK "higher status" in heaven.

On July 7, 2015, IK departed Bangladesh for Syria.  The next day, GAFFAR and KHAN discussed (via electronic messages) how defendant KHAN had tried to give IK more money right before he left.  On July 16, 2015, KHAN exchanged multiple private electronic messages with a family member, discussing IK's arrival in Syria and reunion there with JK.

For the next few years, JK and IK remained in Syria under the control of ISIS.  During this time, ISIS was waging a violent jihad against the West in furtherance of its terroristic agenda.  Much of the fighting occurred in Syria, where foreign fighters, like IK and JK, were on the ground battling an international coalition of forces, including the United States military. Although many of the details of IK's and JK's involvement in the fighting remain classified or unknown, it is clear that they were in fact on the battlefield fighting on behalf of ISIS for some period during their time in Syria.  Countless soldiers and civilians died during these battles. Many more died in the aftermath, due to shortages of food, water and medical care.  IK died as a result of the fighting; JK has been missing for years and is presumed deceased.

III.   **Sentencing Calculation**

   **A.  Statutory Maximum Sentence**

The Court may impose the following maximum sentence for each defendant:   5 years imprisonment, a 3-year period of supervised release, a $250,000 fine, and a $100 special assessment.  In addition, defendant NABILA KHAN is not a citizen of the United States, and deportation or removal from the United States will likely be ordered as a result of conviction in

-4-

this case.  Finally, the defendants' supervised release may be revoked if the terms and conditions are violated, in which case the original term of imprisonment may be increased by up to 2 years.

### B.  Sentencing Guidelines Calculation

The government agrees with Probation's findings in the Presentence Reports ("PSRs") that the following Sentencing Guidelines calculation applies to both defendants:

| | | |
|---|---|---|
| Base Offense Level | § 2M5.3 | 26 |
| Offense involved provision of material support or resources with intent or knowledge that they were to be used to assist in a violent act. | § 2M5.3(b)(1)(E) | +2 |
| Offense was felony intended to promote federal crime of terrorism | § 3A1.4 | +12 |
| Acceptance of Responsibility | § 3E1.1 | -3 |
| **TOTAL OFFENSE LEVEL** | | **37** |
| Offense was felony intended to promote federal crime of terrorism | § 3A1.4(b) | **Crim. History Category VI** |

With an offense level of 37, and a Criminal History Category of VI, the defendants would face an advisory sentencing range of 360 – life.  However, because the defendants' sentences are capped by statute at 5 years, their guideline range becomes 5 years, or 60 months of incarceration.

## IV.   Analysis Under 18 U.S.C. § 3553(a)

While the sentencing guidelines serve as "the starting point and the initial benchmark," Gall v. United States, 128 S. Ct. 586, 596 (2007), this Court must also consider all of the sentencing factors set forth in 18 U.S.C. § 3553(a).  Those factors include: (1) the nature and circumstances of the offense and the history and characteristics of the defendant; (2) the need for

the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; (3) the need to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendant; (4) the need to provide the defendant with educational or vocational training, medical care, or other correctional treatment in the most effective manner; (5) the guidelines and policy statements issued by the Sentencing Commission; (6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and (7) the need to provide restitution to any victims of the offense.  18 U.S.C. § 3553(a).

### A.  The Nature and Circumstances of the Offense

As discussed above and in the PSRs, the offense in this case involved the provision of support to ISIS, a foreign terrorist organization.  Although the amount of funds provided by the defendants was relatively small, any provision of support to a terrorist organization is significant, as it helps sustain and promote the terrorists' agenda.  In this case, the defendants' actions assisted in sending two young men to Syria to fight on the battlefield.  Foreign fighters like JK and IK enabled ISIS to prolong the fighting in Syria and continue spreading its violent radical ideology.  Thus, the defendants' conduct ultimately contributed to the violence in Syria and the continuation of the ISIS agenda.  The nature and circumstances of the defendants' offense warrants a sentence of incarceration.

However, the defendants are not entirely on equal footing when it comes to the criminal conduct in this case.  As explained in the PSRs, the offense was predicated by the radicalization of defendant NABILA KHAN's brothers.  KHAN was the first to express a desire to support them.  Throughout the conspiracy, their communications demonstrate that KHAN was the

initiator of support for the brothers; GAFFAR followed her lead.  Indeed, as stated in the PSRs

and to agents of the Federal Bureau of Investigation (FBI), GAFFAR agreed to help support the

brothers' travel "to please his wife."  GAFFAR PSR at ¶ 56.  At one point, KHAN repeatedly

insulted GAFFAR for his financial failures, ridiculing him as a failed Muslim husband.  See Ex.

A at 160-161.  She threatened to abandon him and stay in Bangladesh with their children.  Id. at

163-165.  She blamed him for his inaccurate predictions the year before that "no one will go" to

Syria.  Id. at 159 and 165.  She blasted him for his worldly failures, contrasting them with her

brothers' achievement of higher status in heaven.  Id. at 165.  Had it not been for KHAN's

initiation and perpetuation, it seems highly unlikely that GAFFAR would have sought to provide

material support to the brothers.  Thus, KHAN is more culpable than GAFFAR.

That said, it appears that KHAN's main motivation for providing funds to her brothers

was to show her love and support of them as family members.  She was clearly distraught when

they left and sought comfort by telling herself and GAFFAR that JK and IK would attain a

higher status in heaven due to their sacrifice.  Although motivation is not an element of the

offense and certainly does not excuse criminal conduct, it plays an important part at sentencing,

as it provides a fuller picture of the nature and circumstances of the offense.

### B.  The History and Characteristics of the Defendants

SHAHIDUL GAFFAR is a native of Bangladesh who moved to the United States in or

about 1995 and became a naturalized U.S. citizen in 2002.  He currently resides in the Eastern

District of Pennsylvania with his wife and their four children.  As noted in the PSR, GAFFAR

has no criminal history.  He works in the food service industry and is currently the manager and

part-owner of a restaurant.  Other than government assistance, he is the sole financial provider

for his family.  He has struggled financially for many years and filed for bankruptcy on three occasions.

NABILA KHAN is a native of Bangladesh and the wife of co-defendant GAFFAR.  In 2006, following their 2005 arranged marriage, KHAN immigrated to the United States and resided with GAFFAR in Pennsylvania.  In 2007, KHAN became a lawful permanent U.S. resident.  KHAN is a full-time homemaker and takes care of their four children.  She has no criminal history.  As discussed above, between the two defendants, KHAN is the more culpable offender, as she initiated the provision of material support to her brothers for their travel to Syria to join ISIS.

### C.  The Seriousness of the Offense and the Need to Promote Respect for the Law

Without a doubt, the provision of material support to a foreign terrorist organization is an extremely serious offense.  Here, the defendants assisted two healthy capable young men in traveling to Syria to fight on behalf of ISIS.  Whether or not they personally supported the ISIS agenda, their actions ultimately contributed to the support of ISIS.  As immigrants to the U.S., both GAFFAR and KHAN must have known that they are incredibly fortunate to live in a country that affords them freedom and opportunity.  They chose to live here.  They chose to raise their family here.  And yet, they chose to betray this country by supporting ISIS in its violent war against the West.  This is an offense that cannot go unpunished; there must be significant consequences.

### D.  Deterrence

Based on the defendants' acceptance of responsibility ████████████████████, it appears that they are truly contrite.  Accordingly, the government does not believe that the

-8-

defendants need specific deterrence.  However, sentences of incarceration would send an important message in furtherance of general deterrence.  Foreign terrorist organizations continue to draw support from all over the world.  By sentencing these defendants to incarceration, the Court would make clear that supporting foreign terrorist organizations through the provision of funds, however small, or personnel, even family, is criminal and will not be ignored.

### E.  The Defendants' Need for Educational or Vocational Training and Medical Care

As discussed in the PSR, both defendants are in good health.  GAFFAR has a college degree and has owned and managed a restaurant for years.  By contrast, KHAN has limited education (through the eighth grade) and has never maintained a position of employment; as GAFFAR explained, KHAN is "completely dependent" on him.  KHAN PSR ¶ 57.  Thus, if sentenced to a period of incarceration, KHAN may benefit from some educational and vocational training offered by the designated institution.

### F.  The Need to Avoid Unwarranted Sentence Disparities

Finally, imposition of a sentence of incarceration best serves "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6).  The guidelines, as stipulated in the plea agreement, result in a range of 360-life; however, as discussed above, that is dramatically reduced to five years due to the statutory maximum allowed for violations of 18 U.S.C. § 371. The parties agreed that the appropriate resolution was a plea to § 371, as opposed to § 2339B, because the facts in this case are somewhat unique in the realm of material support of terrorism prosecutions.  In other cases, the material support involved the provision of weapons, lodging, safehouses, the defendants themselves as foreign fighters and/or significant funds to terrorist

organizations.  *See, e.g.*, *United States v. Moalin et al.*, S.D.C.A. Dkt. No. 10-4246 (defendants who provided nearly $16,000 to Al-Shabaab in Somalia were convicted of §§ 2339A, 2339B and 956 and sentenced to 13 years' imprisonment); *United States v. Ahmed et al.*, E.D.N.Y. Dkt. No. 12-661 (defendants who traveled from Europe to Somalia to join Al-Shabaab were sentenced to 108 months' imprisonment); *United States v. Damache et al.*, E.D.P.A. Dkt. No. 11-240 (defendants who conspired to set up terrorist training camp and recruit individuals for jihad were convicted of § 2339A and sentenced to various terms of imprisonment ranging from 5-15 years). In this case, however, the offense did not involve a substantial amount of money and the money was sent to support the defendants' family members, who joined a terrorist organization.  The defendants' conduct is by no means excusable or insignificant, but it is less substantial than many other material support cases.  Accordingly, while the statutory cap already provides a significant benefit to the defendants, the government submits that even the resulting lower guideline range is unnecessary here.

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

████████████████████████Finally, because KHAN was more culpable than GAFFAR, the government submits that she should she be sentenced to a longer term than him.

## VI.    Conclusion

For the reasons set forth above, the government respectfully submits that a sentence of 24-36 months' incarceration for defendant GAFFAR and a sentence of 36-48 months' incarceration for defendant KHAN would be appropriate in this case.  Given the fact that the

defendants have four minor children, the government is not opposed to staggered sentences, so that one parent can remain with the children.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
Acting United States Attorney


 s/ Sarah M. Wolfe
SARAH M. WOLFE
ROBERT J. LIVERMORE
Assistant United States Attorney


Date:    September 3, 2021

# Exhibit A

**PARAGRAPH 30**

| Timestamp | From | To | Message | Translation |
|---|---|---|---|---|
| 2015-07-04T05:23:46Z | Shahidul Gaffar | Nabila Khan | Good morning jaan... " Lovely wishes 2 a Lovely Person on a Lovely Day." I love you | Good morning sweetheart ... " Lovely wishes 2 a Lovely Person on a Lovely Day." I love you |
| 2015-07-04T05:24:22Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-04T05:24:22Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-04T06:04:04Z | Shahidul Gaffar | Nabila Khan | Hello.. | Hello |
| 2015-07-04T06:04:09Z | Shahidul Gaffar | Nabila Khan | Aso | Are you there? |
| 2015-07-04T06:04:28Z | Shahidul Gaffar | Nabila Khan | Skype a call korlam.. | I am calling you over skype |
| 2015-07-04T06:04:56Z | Nabila Khan | Shahidul Gaffar | Hmm | Hmm |
| 2015-07-04T06:05:02Z | Shahidul Gaffar | Nabila Khan | Koi | Where? |
| 2015-07-04T06:05:06Z | Nabila Khan | Shahidul Gaffar | Ghumate dry nai saas | Saad didn't let me sleep |
| 2015-07-04T06:05:14Z | Shahidul Gaffar | Nabila Khan | Ohh.. | Oh |
| 2015-07-04T06:05:22Z | Shahidul Gaffar | Nabila Khan | Ki bolo.. | What are you saying ... |
| 2015-07-04T06:05:38Z | Shahidul Gaffar | Nabila Khan | Ki korasay...baby tA | What is the baby doing? |
| 2015-07-04T06:05:47Z | Nabila Khan | Shahidul Gaffar | Ghumai poro | Go to sleep |
| 2015-07-04T06:05:54Z | Nabila Khan | Shahidul Gaffar | Kharap lagtese | Feeling bad |
| 2015-07-04T06:06:02Z | Nabila Khan | Shahidul Gaffar | Sgorir kharap hois | Not feeling well |
| 2015-07-04T06:06:09Z | Shahidul Gaffar | Nabila Khan | ohh.. | Oh |
| 2015-07-04T06:06:41Z | Shahidul Gaffar | Nabila Khan | Ekhon koi...bisanai | Where are you now ... in bed? |
| 2015-07-04T06:08:10Z | Shahidul Gaffar | Nabila Khan | Ibru koi...booking diyese | Where is Ibru. Did make the booking? |
| 2015-07-04T06:10:34Z | Nabila Khan | Shahidul Gaffar | Hmm | Hmm |
| 2015-07-04T06:11:50Z | Shahidul Gaffar | Nabila Khan | Kobe.. | When |
| 2015-07-04T06:19:40Z | Shahidul Gaffar | Nabila Khan | Ki koro honey...oonek mon kharap Ibrur jonno.... | What are you doing honey...Are you upset for Ibru.... |
| 2015-07-04T07:31:21Z | Nabila Khan | Shahidul Gaffar | Accgo | [UI] |
| 2015-07-04T08:54:21Z | Shahidul Gaffar | Nabila Khan | Aso..fajr a uthlam..ghumeyeailam | Woke up in the morning ... I fell asleep |
| 2015-07-04T08:54:38Z | Shahidul Gaffar | Nabila Khan | Skype a call dilam | Called you over skype |
| 2015-07-04T08:56:01Z | Shahidul Gaffar | Nabila Khan | Koi | Where? |
| 2015-07-04T08:56:07Z | Shahidul Gaffar | Nabila Khan | Aso | Are you there? |
| 2015-07-04T09:13:01Z | Nabila Khan | Shahidul Gaffar | Darao | Wait |
| 2015-07-04T21:11:14Z | Nabila Khan | Shahidul Gaffar | Koi | Where? |

| Timestamp | From | To | Original | Translation |
|---|---|---|---|---|
| 2015-07-04T22:23:39Z | Nabila Khan | Shahidul Gaffar | KI hoise. Ekta text to kora Jay. Naki whole day kono phone receive koro nai. Nor text. | What has happened. At least you could have sent a text. In the whole day you did not answer a single phone nor did you text. |
| 2015-07-05T05:26:08Z | Shahidul Gaffar | Nabila Khan | Assalamualikum...aso | Praise be to the Lord! ... Are you there? |
| 2015-07-05T05:33:37Z | Shahidul Gaffar | Nabila Khan | Oonek kharap eakta situations a silam jaan...kotha hole bolbo inshaAllah. Just got free from masjid... | I was in a very bad situation ... I will tell you when it happens. Just got free from the Mosque... |
| 2015-07-05T05:46:35Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T05:46:35Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T05:51:03Z | Shahidul Gaffar | Nabila Khan | I really had a bad day jaan...exhausted, tired, frustrated sad, anything that define to be bad every way possible. After the pray I finally calm down and humble now...Alhamdullah. | I really had a bad day sweetheart ...exhausted, tired, frustrated sad, anything that define to be bad every way possible. After the prayer I finally calmed down and am humble now... Praise the Lord! |
| 2015-07-05T05:53:09Z | Shahidul Gaffar | Nabila Khan | Koi tumra....Ibru koi. Jokhoni or kotha monay porsay etto kharap lagsay chintha kori how you guys feeling Trisha. ....:( | Where are you guys.... Where is Ibru. Whenever I think of him, I feel really bad. I wonder how you guys are feeling Trisha. ....:( |
| 2015-07-05T07:19:01Z | Shahidul Gaffar | Nabila Khan | Koi tumra... | Where are you people ...? |
| 2015-07-05T07:19:53Z | Shahidul Gaffar | Nabila Khan | Phone o call korsi ...line jai nah tho | I did call but the call did not go through |
| 2015-07-05T07:26:47Z | Nabila Khan | Shahidul Gaffar | Koo | |
| 2015-07-05T07:27:08Z | Shahidul Gaffar | Nabila Khan | Assalamualikum... | Greetings |
| 2015-07-05T07:27:18Z | Shahidul Gaffar | Nabila Khan | Koi | Where? |
| 2015-07-05T07:27:33Z | Shahidul Gaffar | Nabila Khan | Skype...call korsi | Called you over skype |
| 2015-07-05T07:29:23Z | Shahidul Gaffar | Nabila Khan | Skype call jai nah keno..m | Why doesn't the skype call go through? |
| 2015-07-05T07:29:25Z | Shahidul Gaffar | Nabila Khan | Koi | Where? |
| 2015-07-05T07:31:50Z | Nabila Khan | Shahidul Gaffar | Internet nai | There is no internet (connection) |
| 2015-07-05T07:31:52Z | Nabila Khan | Shahidul Gaffar | Shesh | Finish |
| 2015-07-05T07:32:05Z | Shahidul Gaffar | Nabila Khan | Tai boli.. | Oh! I see. |

USAO 000158

| 2015-07-05T07:32:07Z | Shahidul Gaffar | Nabila Khan | Hm | Hmm |
|---|---|---|---|---|
| 2015-07-05T07:32:35Z | Shahidul Gaffar | Nabila Khan | Honey phone I korlam...jacche nah....aabar korsi phone a | Sweetheart I have been calling you but the calls are not going through |
| 2015-07-05T08:00:37Z | Nabila Khan | Shahidul Gaffar | I am not coming . you don't have to come to Bd. Just every month you have to send me 5lak taka. And its a deal | I am not coming . you don't have to come to Bangladesh. Just every month you have to send me 500,000 BD Taka. And its a deal |
| 2015-07-05T08:01:15Z | Shahidul Gaffar | Nabila Khan | Namaj porsi..fajr waqt hoysey | It is time for morning prayers |
| 2015-07-05T08:01:20Z | Nabila Khan | Shahidul Gaffar | My kids will sacrifice their Dada and return they need money | My kids will sacrifice their Dada and return they need money |
| 2015-07-05T08:01:28Z | Nabila Khan | Shahidul Gaffar | Dad | Dad |
| 2015-07-05T08:01:43Z | Nabila Khan | Shahidul Gaffar | Bye | Bye |
| 2015-07-05T08:01:47Z | Shahidul Gaffar | Nabila Khan | ðŸ'Ž | |
| 2015-07-05T08:02:17Z | Nabila Khan | Shahidul Gaffar | I want money. And this is my right my kids right | I want money. And this is my right and my kids' right |
| 2015-07-05T08:02:24Z | Nabila Khan | Shahidul Gaffar | Fokir | Beggar |
| 2015-07-05T08:03:19Z | Nabila Khan | Shahidul Gaffar | Ki bolsila one year age keo jambe na | What did you say one year ago. No one will go |
| 2015-07-05T08:03:34Z | Nabila Khan | Shahidul Gaffar | Tomar shob kotha bhul. Tumi jmn manushkeo same mine koro | Everything you say is wrong and you think everyone is like you. |
| 2015-07-05T08:04Z | Nabila Khan | Shahidul Gaffar | Shob jinishe picche | You are behind in everything |
| 2015-07-05T08:05:06Z | Shahidul Gaffar | Nabila Khan | Ibru jacche, sorir kharap, bujtesi....kintu amar upor a khamaka mejaz ta nah dekhaley ki noy Trisha.....Amio upset Ibrur shongay dekha hobe nah...ki shob Abol tabol likhso...mejaz ta keno kgarap korey diccho... | Ibru is leaving, you are sick, I understand.... But is it fair to take out on me Trisha.....I am also upset that I won't be able to see Ibru... What rubbish have you written ...why are you making me angry...? |
| 2015-07-05T08:05:09Z | Nabila Khan | Shahidul Gaffar | But u should shobar age Lol 16 years theke start korso running after money. 36 years o same chasing money | But you should be ahead of everyone. Since the age of 16 you have been running after money. 36 years later you are still chasing money |

USAO 000159

| | | | | |
|---|---|---|---|---|
| 2015-07-05T08:05:34Z | Nabila Khan | Shahidul Gaffar | 16 to 36 | 16 to 36 |
| 2015-07-05T08:05:37Z | Nabila Khan | Shahidul Gaffar | Lol | Lol |
| 2015-07-05T08:05:51Z | Nabila Khan | Shahidul Gaffar | One desire one dream bussiness | One desire one dream business |
| 2015-07-05T08:06:18Z | Nabila Khan | Shahidul Gaffar | And we are just options in these years | And we are just options in these years |
| 2015-07-05T08:06:19Z | Shahidul Gaffar | Nabila Khan | Ei...mohila ki somossha tumar..thamtey pero. Ibru koi... | Hey lady... What's your problem ... can you stop please ... Where is Ibru? |
| 2015-07-05T08:06:40Z | Nabila Khan | Shahidul Gaffar | I don't want to be option anymore | I don't want to be option anymore |
| 2015-07-05T08:06:54Z | Nabila Khan | Shahidul Gaffar | I was option Liza was priority | I was option Liza was priority |
| 2015-07-05T08:07:04Z | Nabila Khan | Shahidul Gaffar | I am option your business is priority | I am option your business is priority |
| 2015-07-05T08:07:13Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:07:13Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:07:16Z | Nabila Khan | Shahidul Gaffar | I was option shafi was priority | I was option shafi was priority |
| 2015-07-05T08:07:19Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:07:19Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:07:30Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:07:30Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:07:34Z | Nabila Khan | Shahidul Gaffar | I was option everything was priority | I was option everything was priority |
| 2015-07-05T08:07:43Z | Nabila Khan | Shahidul Gaffar | Are u a Muslim husband????? | Are u a Muslim husband????? |
| 2015-07-05T08:07:56Z | Nabila Khan | Shahidul Gaffar | I don't need you in my life anymire | I don't need you in my life anymore |
| 2015-07-05T08:08:06Z | Nabila Khan | Shahidul Gaffar | I will treat you as option now | I will treat you as option now |
| 2015-07-05T08:08:10Z | Nabila Khan | Shahidul Gaffar | Delhi kmn lage | Let's see how you feel |
| 2015-07-05T08:08:51Z | Nabila Khan | Shahidul Gaffar | Last 10years Dada Dada dada | Last 10years Dada Dada dada |
| 2015-07-05T08:09:07Z | Nabila Khan | Shahidul Gaffar | Last 2 years riaz riaz eias | Last 2 years riaz riaz eias |
| 2015-07-05T08:09:10Z | Nabila Khan | Shahidul Gaffar | Go and stay with h them | Go and stay with h them |
| 2015-07-05T08:09:23Z | Nabila Khan | Shahidul Gaffar | Dada was your priority over me. | Dada was your priority over me. |
| 2015-07-05T08:09:36Z | Nabila Khan | Shahidul Gaffar | You fought with me over shuki for dada | You fought with me over shuki for dada |
| 2015-07-05T08:09:38Z | Nabila Khan | Shahidul Gaffar | Lol | Lol |

USAO 000160

| 2015-07-05T08:09:56Z | Nabila Khan | Shahidul Gaffar | I had to go in heat buy them gift. | I had to go in heat buy them gift. |
|---|---|---|---|---|
| 2015-07-05T08:09:59Z | Nabila Khan | Shahidul Gaffar | Cook for them | Cook for them |
| 2015-07-05T08:10:02Z | Nabila Khan | Shahidul Gaffar | Ewwwwwww | Ewwwwwww |
| 2015-07-05T08:10:08Z | Nabila Khan | Shahidul Gaffar | For you | For you |
| 2015-07-05T08:10:11Z | Nabila Khan | Shahidul Gaffar | To please | To please |
| 2015-07-05T08:10:13Z | Nabila Khan | Shahidul Gaffar | Lol | Lol |
| 2015-07-05T08:10:21Z | Nabila Khan | Shahidul Gaffar | Hindu | Hindu |
| 2015-07-05T08:10:33Z | Nabila Khan | Shahidul Gaffar | This can't be a Muslim family | This can't be a Muslim family |
| 2015-07-05T08:10:36Z | Shahidul Gaffar | Nabila Khan | Ei..mohila tumar ki oonek jete iccha korsay Ibrur shongay. ...keno eirokom korso.. | Hey lady..Do you want to go with Ibru. ...Why are you doing this.. |
| 2015-07-05T08:10:39Z | Nabila Khan | Shahidul Gaffar | Stupid | Stupid |
| 2015-07-05T08:10:48Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:10:48Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:11:14Z | Nabila Khan | Shahidul Gaffar | You r stuck and won't be able to get out ever | You r stuck and won't be able to get out ever |
| 2015-07-05T08:11:21Z | Nabila Khan | Shahidul Gaffar | I woont wait for u | I won't wait for u |
| 2015-07-05T08:11:29Z | Nabila Khan | Shahidul Gaffar | Bye | Bye |
| 2015-07-05T08:11:44Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:11:44Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:11:50Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:11:50Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:12:24Z | Nabila Khan | Shahidul Gaffar | Stupid | Stupid |
| 2015-07-05T08:12:43Z | Nabila Khan | Shahidul Gaffar | Likhte pare name emojis send kore | Nabila hurling meaningless obscenities/profanities at he husband Shahidul |
| 2015-07-05T08:12:46Z | Nabila Khan | Shahidul Gaffar | Back dated | Nabila hurling meaningless obscenities/profanities at he husband Shahidul |
| 2015-07-05T08:13:14Z | Nabila Khan | Shahidul Gaffar | Go and find someone from your city. Your status | Nabila hurling meaningless obscenities/profanities at he husband Shahidul |
| 2015-07-05T08:13:20Z | Shahidul Gaffar | Nabila Khan | Huh | Huh |

USAO 000161

| 2015-07-05T08:13:34Z | Shahidul Gaffar | Nabila Khan |  |  |
| 2015-07-05T08:13:34Z | Shahidul Gaffar | Nabila Khan |  |  |
| 2015-07-05T08:13:58Z | Nabila Khan | Shahidul Gaffar | Our mentality don't match | Our mentality don't match |
| 2015-07-05T08:14:11Z | Nabila Khan | Shahidul Gaffar | Not only mentality nothing match | Not only mentality nothing match |
| 2015-07-05T08:14:15Z | Nabila Khan | Shahidul Gaffar | Khet | Nabila hurling meaningless obscenities/profanities at he husband Shahidul |
| 2015-07-05T08:14:15Z | Shahidul Gaffar | Nabila Khan |  |  |
| 2015-07-05T08:14:15Z | Shahidul Gaffar | Nabila Khan |  |  |
| 2015-07-05T08:14:23Z | Shahidul Gaffar | Nabila Khan |  |  |
| 2015-07-05T08:14:23Z | Shahidul Gaffar | Nabila Khan |  |  |
| 2015-07-05T08:14:27Z | Nabila Khan | Shahidul Gaffar | Kheter dabba | Nabila hurling meaningless obscenities/profanities at he husband Shahidul |
| 2015-07-05T08:14:35Z | Shahidul Gaffar | Nabila Khan |  |  |
| 2015-07-05T08:14:35Z | Shahidul Gaffar | Nabila Khan |  |  |
| 2015-07-05T08:14:54Z | Nabila Khan | Shahidul Gaffar | Jao grame giye moral er kaj koro. Suits u | Nabila hurling meaningless obscenities/profanities at he husband Shahidul |
| 2015-07-05T08:15:04Z | Shahidul Gaffar | Nabila Khan |  |  |
| 2015-07-05T08:15:04Z | Shahidul Gaffar | Nabila Khan |  |  |
| 2015-07-05T08:15:09Z | Shahidul Gaffar | Nabila Khan |  |  |
| 2015-07-05T08:15:09Z | Shahidul Gaffar | Nabila Khan |  |  |
| 2015-07-05T08:15:23Z | Nabila Khan | Shahidul Gaffar | You are not my match anyway | You are not my match anyway |
| 2015-07-05T08:16:13Z | Nabila Khan | Shahidul Gaffar | Tomar life Ami ekmatro object chhilam jeta taken or n gorber. Yes object. At kind sache tomar. | Nabila hurling meaningless obscenities/profanities at he husband Shahidul |
| 2015-07-05T08:16:20Z | Nabila Khan | Shahidul Gaffar | Fokir | Beggar |
| 2015-07-05T08:16:25Z | Nabila Khan | Shahidul Gaffar | Kind ache tomar | What do you have? |
| 2015-07-05T08:16:27Z | Nabila Khan | Shahidul Gaffar | Ki | What? |
| 2015-07-05T08:16:51Z | Shahidul Gaffar | Nabila Khan | Yep..I have kind to spare... | Yep..I have kind to spare... |
| 2015-07-05T08:16:51Z | Nabila Khan | Shahidul Gaffar | Family bachgroud. Money house. Kind note proud ero | Family background, money, house? Nothing. |

USAO 000162

| 2015-07-05T08:16:54Z | Shahidul Gaffar | Nabila Khan | | |
|---|---|---|---|---|
| 2015-07-05T08:16:54Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-05T08:16:55Z | Nabila Khan | Shahidul Gaffar | Desi village??? | Desi village??? |
| 2015-07-05T08:17:12Z | Nabila Khan | Shahidul Gaffar | Kobor e niye jai desi village ke | Nabila hurling meaningless obscenities/profanities at he husband Shahidul |
| 2015-07-05T08:17:25Z | Nabila Khan | Shahidul Gaffar | Golder coins hoye jabe | Nabila hurling meaningless obscenities/profanities at he husband Shahidul |
| 2015-07-05T08:17:30Z | Nabila Khan | Shahidul Gaffar | Lol | Nabila hurling meaningless obscenities/profanities at he husband Shahidul |
| 2015-07-05T08:18:06Z | Nabila Khan | Shahidul Gaffar | Interest. Man usher koshto. Bou keep deprive. Bacchader ke deprive only for desi village | Nabila hurling meaningless obscenities/profanities at he husband Shahidul |
| 2015-07-05T08:18:37Z | Nabila Khan | Shahidul Gaffar | Your wife your love your money maker.your bank your ATM machine everything is desivillage | Nabila hurling meaningless obscenities/profanities at he husband Shahidul |
| 2015-07-05T08:18:45Z | Shahidul Gaffar | Nabila Khan | Namaj porey ashi...eaktu darao ok.. | Let me do my prayers ... just wait |
| 2015-07-05T08:18:53Z | Nabila Khan | Shahidul Gaffar | Bye | Bye |
| 2015-07-05T08:18:54Z | Nabila Khan | Shahidul Gaffar | Lol | Lol |
| 2015-07-05T08:19:02Z | Nabila Khan | Shahidul Gaffar | Tomar jonno darabo | Wait for you? |
| 2015-07-05T08:19:06Z | Nabila Khan | Shahidul Gaffar | Blah | Blah |
| 2015-07-05T08:19:19Z | Nabila Khan | Shahidul Gaffar | Look at yourself loser | Look at yourself loser |
| 2015-07-05T08:19:46Z | Nabila Khan | Shahidul Gaffar | I was only thing u had to feel proud of. And kids. Allah Oita o note nise | I was only thing u had to feel proud of. And kids. Allah has taken that away from you. |
| 2015-07-05T08:20:01Z | Nabila Khan | Shahidul Gaffar | Ciz never valued us | Because you never valued us |
| 2015-07-05T08:20:59Z | Nabila Khan | Shahidul Gaffar | Finally I am not coming. Bacchader keep schhol e dibo | Finally I am not coming. Need to put the kids to school |
| 2015-07-05T08:21:04Z | Nabila Khan | Shahidul Gaffar | Taka send koro | Send money |
| 2015-07-05T08:21:19Z | Shahidul Gaffar | Nabila Khan | Namaj pori go...eaktu darao.. | Time for prayers ... please wait |

| 2015-07-05T08:21:25Z | Nabila Khan | Shahidul Gaffar | 4lakh for their admission | 400,000 for their admission |
|---|---|---|---|---|
| 2015-07-05T08:21:39Z | Nabila Khan | Shahidul Gaffar | At emnio Ami USA giye thakte parbo na | And in any case, I will not be able to live in the USA |
| 2015-07-05T08:21:42Z | Nabila Khan | Shahidul Gaffar | Same hobe | Same thing will happen again |
| 2015-07-05T08:22:04Z | Nabila Khan | Shahidul Gaffar | Same same same | Same same same |
| 2015-07-05T08:22:15Z | Nabila Khan | Shahidul Gaffar | send me their add mission fee | send me their admission fee |
| 2015-07-05T08:22:30Z | Nabila Khan | Shahidul Gaffar | Ekhoni site gone talked to jut hi already | [UI] |
| 2015-07-05T08:22Z | Nabila Khan | Shahidul Gaffar | Lonely ness. Same raat 1tay bashay asha | Loneliness. Same old returning home at 1AM |
| 2015-07-05T08:23:06Z | Nabila Khan | Shahidul Gaffar | I have my own home here. Maids. Everything here. Y should I go back to the hell | I have my own home here. Maids. Everything here. Y should I go back to the hell |
| 2015-07-05T08:24:49Z | Shahidul Gaffar | Nabila Khan | Drink 1 glass water ...take a deep breath jaan...namaj pori ... | Drink 1 glass water ...take a deep breath jaan...doing my prayers ... |
| 2015-07-05T08:33:28Z | Nabila Khan | Shahidul Gaffar | Lol | Lol |
| 2015-07-05T08:33:41Z | Nabila Khan | Shahidul Gaffar | You don't have to advice what to do | You don't have to advice what to do |
| 2015-07-05T08:34:14Z | Nabila Khan | Shahidul Gaffar | O would rather take advice from some who at least achieved something in the world | O would rather take advice from someone who at least achieved something in the world |
| 2015-07-05T08:34:34Z | Nabila Khan | Shahidul Gaffar | I CNT, take at advice from u | I CAN'T, take advice from you |
| 2015-07-05T08:35:24Z | Nabila Khan | Shahidul Gaffar | Jegula Ami aro 10yrs age bucchi tumi ekhon hochot kheye bujtoso lol. What a loser | Thing that I understood 10 years ago, you are understanding now after receiving jolts. What a loser. |
| 2015-07-05T08:35:31Z | Nabila Khan | Shahidul Gaffar | 36years old | 36 years old |
| 2015-07-05T08:35:48Z | Nabila Khan | Shahidul Gaffar | Mastars | Masters |
| 2015-07-05T08:35:53Z | Nabila Khan | Shahidul Gaffar | Hashi pay | Ridiculous |
| 2015-07-05T08:36:04Z | Nabila Khan | Shahidul Gaffar | BTW | BTW |
| 2015-07-05T08:36:14Z | Nabila Khan | Shahidul Gaffar | Whaer is your Dada now | Where is your Dada now? |
| 2015-07-05T08:36:19Z | Nabila Khan | Shahidul Gaffar | N boudi | And Sister in law? |
| 2015-07-05T08:36:31Z | Nabila Khan | Shahidul Gaffar | Don't u wanna visit kumilla | Don't u want to visit kumilla |

USAO 000164

| 2015-07-05T08:37:51Z | Nabila Khan | Shahidul Gaffar | I would prefer taking advice from my brothers. As you discussed every single thing with ur brother n mother. Amake mone korta ei me ye kind advice dibe. Murkho ekta meye | I would prefer taking advice from my brothers. As you discussed every single thing with ur brother n mother. You thought of me as an illiterate girl who can't give you advice. |
|---|---|---|---|---|
| 2015-07-05T08:38:16Z | Nabila Khan | Shahidul Gaffar | At least my brother achieved jannah in sh Allah | At least my brother achieved jannah in sh Allah (Paradise, Allah willing) |
| 2015-07-05T08:38:48Z | Nabila Khan | Shahidul Gaffar | U couldn't achieved even dunya which u running n chasing after for years | U couldn't achieved even dunya (Mundane world) which you are running and chasing after for years |
| 2015-07-05T08:38:49Z | Nabila Khan | Shahidul Gaffar | Lol | Lol |
| 2015-07-05T08:38:51Z | Nabila Khan | Shahidul Gaffar | Hahhahahahahhahhahaah | Hahhahahahahhahhahaah |
| 2015-07-05T08:38:53Z | Nabila Khan | Shahidul Gaffar | Loser | Loser |
| 2015-07-05T08:39:26Z | Nabila Khan | Shahidul Gaffar | Jabe | Will go |
| 2015-07-05T08:39:26Z | Nabila Khan | Shahidul Gaffar | Ki bolsila? Ami likhe dilam 2years er moddhe keo have na | What did you say? I can write it down that in the next two years no one will go. |
| 2015-07-05T08:39:39Z | Nabila Khan | Shahidul Gaffar | Shobai ki r babu | Everyone is not Babu |
| 2015-07-05T08:39:53Z | Nabila Khan | Shahidul Gaffar | Bole ekta Kore arekta | Says something and does another thing |
| 2015-07-05T11:19:32Z | Nabila Khan | Shahidul Gaffar | Can you cargo my bed . the black sofa. Hello kitty beds. And dinning table chair. I will pay you. | Can you cargo my bed . the black sofa. Hello kitty beds. And dinning table chair. I will pay you. |
| 2015-07-05T11:19:49Z | Nabila Khan | Shahidul Gaffar | I just what was mine nothing mire | I just what was mine nothing else |
| 2015-07-05T11:20:55Z | Nabila Khan | Shahidul Gaffar | I just wanted what was mine. Etto rooms ekhane. I want give my daughters a separate room. | I just wanted what was mine. So many rooms here. I want give my daughters a separate room. |
| 2015-07-05T11:21:29Z | Nabila Khan | Shahidul Gaffar | They will have Muslim friend when they will go to school. So they need their own room | They will have Muslim friends when they will go to school. So they need their own room |
| 2015-07-05T11:37:15Z | Nabila Khan | Shahidul Gaffar | | |
| 2015-07-05T11:37:15Z | Nabila Khan | Shahidul Gaffar | | |

USAO 000165

| | | | | |
|---|---|---|---|---|
| 2015-07-05T11:37:46Z | Nabila Khan | Shahidul Gaffar | I was reading an article and these lines reminded of you. Your ideology | I was reading an article and these lines reminded of you. Your ideology |
| 2015-07-05T18:05:17Z | Shahidul Gaffar | Nabila Khan | Hello | Hello |
| 2015-07-05T18:05:30Z | Shahidul Gaffar | Nabila Khan | Ki koro jaan ... | What are you doing my sweetheart? |
| 2015-07-05T20:52:52Z | Nabila Khan | Shahidul Gaffar | I don't hv internet. Bye | |
| 2015-07-05T21:37:55Z | Nabila Khan | Shahidul Gaffar | KI kosie | What happened? |
| 2015-07-05T21:38:03Z | Nabila Khan | Shahidul Gaffar | KI hoise | What happened? |
| 2015-07-05T21:42:42Z | Nabila Khan | Shahidul Gaffar | Shompottir lobh komse??? | Has your temptation for property reduced? |
| 2015-07-05T21:43:47Z | Nabila Khan | Shahidul Gaffar | Don't text me when you don't have time to check | Don't text me when you don't have time to check |
| 2015-07-05T21:44:02Z | Nabila Khan | Shahidul Gaffar | I wish my passport was ready | I wish my passport was ready |
| 2015-07-05T21:45:37Z | Nabila Khan | Shahidul Gaffar | Did u hear. Within a month I need admission fee | Did you hear? Within a month I need admission fee |
| 2015-07-05T21:45:47Z | Nabila Khan | Shahidul Gaffar | 5lak | 500,000 BD Taka |
| 2015-07-05T21:46:05Z | Nabila Khan | Shahidul Gaffar | When you gonna send the money | When are you going to send the money? |
| 2015-07-05T21:46:31Z | Nabila Khan | Shahidul Gaffar | Bhalo kaje alhamdulillah tomar taka kaje lage na. | Your money is never used on a good task |
| 2015-07-05T21:54:15Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-06T04:36:08Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-06T04:36:08Z | Shahidul Gaffar | Nabila Khan | | |
| 2015-07-06T04:37:36Z | Shahidul Gaffar | Nabila Khan | Assalamualikum...utheso jaantush pakhi....marbo tumake. Oonek busy silam.....tumar Txt pisi Ifter r time a.... | Romantic talks |
| 2015-07-06T05:53:37Z | Shahidul Gaffar | Nabila Khan | Koi.. | Where? |
| 2015-07-06T05:53:45Z | Shahidul Gaffar | Nabila Khan | Phone a call dilam... | I called you ... |
| 2015-07-06T06:22:41Z | Nabila Khan | Shahidul Gaffar | | |
| 2015-07-06T06:22:41Z | Nabila Khan | Shahidul Gaffar | | |
| 2015-07-06T06:23:56Z | Shahidul Gaffar | Nabila Khan | Hello | Hello |
| 2015-07-06T06:24:07Z | Shahidul Gaffar | Nabila Khan | Utheso.. | Did you wake up? |

| 2015-07-06T06:24Z | Shahidul Gaffar | Nabila Khan | Aso.. | Are you there? |
|---|---|---|---|---|
| 2015-07-06T06:25:18Z | Nabila Khan | Shahidul Gaffar | Ha | Yes |
| 2015-07-06T06:25:20Z | Nabila Khan | Shahidul Gaffar | Ki | What? |
| 2015-07-06T06:27:06Z | Shahidul Gaffar | Nabila Khan | Skype a jai nah.. | Skype does not go through |
| 2015-07-06T06:33:12Z | Shahidul Gaffar | Nabila Khan | Phone a line jai | The phone connection goes through |
| 2015-07-06T06:49:42Z | Nabila Khan | Shahidul Gaffar | Internet nai. Lemme Skype e line jabe | There is no internet. Skype should work |
| 2015-07-06T06:49:46Z | Nabila Khan | Shahidul Gaffar | Kemne | How? |
| 2015-07-06T06:50:39Z | Nabila Khan | Shahidul Gaffar | Ghumay poro | Go to sleep |
| 2015-07-06T18:12:55Z | Nabila Khan | Shahidul Gaffar | Call koro na kno | Why don't you call? |
| 2015-07-06T18:13:39Z | Shahidul Gaffar | Nabila Khan | Assalamualikum.. | Greetings |
| 2015-07-06T18:13:44Z | Shahidul Gaffar | Nabila Khan | Koi tumi jaan... | Where are you my sweetheart? |
| 2015-07-06T18:13:59Z | Shahidul Gaffar | Nabila Khan | Call korsi kotobar dekho... | Just take a look and see how many times I called you |
| 2015-07-06T18:14:11Z | Shahidul Gaffar | Nabila Khan | Phone a ..skype kuthao jai nah.. | Over the phone ... Skype doesn't go through |
| 2015-07-06T18:15:02Z | Shahidul Gaffar | Nabila Khan | Phone eakhunu aabar try korsi... | I just tried again over the phone ... |
| 2015-07-06T18:21:48Z | Nabila Khan | Shahidul Gaffar | Koi | Where? |
| 2015-07-06T18:21:56Z | Nabila Khan | Shahidul Gaffar | Skype nai | I don't have skype |
| 2015-07-06T20:37:18Z | Nabila Khan | Shahidul Gaffar | KI kpro | What are you doing? |
| 2015-07-06T20:37:22Z | Nabila Khan | Shahidul Gaffar | KI koro | What are you doing? |
| 2015-07-06T20:46:37Z | Shahidul Gaffar | Nabila Khan | Missing you... | Missing you ... |
| 2015-07-06T20:49:05Z | Nabila Khan | Shahidul Gaffar | Mittha | Lie |
| 2015-07-06T20:52:18Z | Shahidul Gaffar | Nabila Khan | Call korsi nah...cause feel korsi Ibru cholay jabe...tumar oonek mon kharap...plus Roja rakhsi...tai tumar kostho sojjo hocche nah aabar mean kisu bolo setao shuntay iccha korsay nah.... I am also very sad Ibrur jonno......humen tho feelings tho hoyea e jai...but my problem I can't express .. | I am not calling...cause I feel that Ibru is leaving...I know that you are very upset...plus, I am fasting...That's why I can't bear your pain and I don't want to hear anything mean from you.... I am also very sad for Ibru......I am a human so, I have feelings...but my problem I can't express |

USAO 000167

| 2015-07-06T20:52:57Z | Shahidul Gaffar | Nabila Khan | Only Allah knows mittha or sotthi....but I do miss you Trisha ....mano r nah mano.. | Only Allah knows untrue or true....but I do miss you Trisha ...Whether you agree or not.. |
|---|---|---|---|---|
| 2015-07-06T20:54Z | Shahidul Gaffar | Nabila Khan | I guess Only Allah knows the best....what's best for us. | I guess Only Allah knows the best....what's best for us. |
| 2015-07-06T20:57:27Z | Nabila Khan | Shahidul Gaffar | Baby ta | The baby |
| 2015-07-06T20:58:18Z | Shahidul Gaffar | Nabila Khan | amake dakla jaan....â˜º | Did you call me my sweetheart? |
| 2015-07-06T20:58:21Z | Shahidul Gaffar | Nabila Khan | ðŸ˜ | [UI] |
| 2015-07-06T20:58:36Z | Shahidul Gaffar | Nabila Khan | ðŸ˜± | [UI] |
| 2015-07-06T21:03:10Z | Nabila Khan | Shahidul Gaffar | Hmm | Hmm |
| 2015-07-06T21:06:21Z | Shahidul Gaffar | Nabila Khan | Ki Koro jaan | What are you doing my sweetheart? |
| 2015-07-06T21:27:37Z | Nabila Khan | Shahidul Gaffar | Kicchuna. Biryanir ghosh ranlam | Nothing, just cooked some Biriyani |
| 2015-07-06T21:27:38Z | Nabila Khan | Shahidul Gaffar | Ajke ekdini | Today one day |
| 2015-07-06T21:27:38Z | Nabila Khan | Shahidul Gaffar | Shuye porbo | Go to sleep |
| 2015-07-06T21:28:37Z | Shahidul Gaffar | Nabila Khan | Hmm jani.... | Hmm I know |
| 2015-07-06T21:31:34Z | Nabila Khan | Shahidul Gaffar | Tumi eid er porei chole aisho | You come over as soon as Eid is over |
| 2015-07-06T21:35:32Z | Shahidul Gaffar | Nabila Khan | Kostho lagsay.....tumader jonno. ..baba ma..tonny....tumi...2ta vai jannat a cholay gelo shobar agee... | I am sad.....for you guys. ..Dad, mom, Tonny....you...Both brothers went to heaven before everyone... |
| 2015-07-06T21:35:36Z | Shahidul Gaffar | Nabila Khan | Hmm | Hmm |
| 2015-07-06T21:35:41Z | Shahidul Gaffar | Nabila Khan | InshaAllah | If Allah wills |

USAO 000168

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing

Sentencing Memorandum to be served by email upon counsel for the defendants:


Elizabeth Toplin, Esquire
Federal Defenders' Association
601 Walnut Street, Suite 540 West
Philadelphia, PA 19106
elizabeth_toplin@fd.org


Caroline G. Cinquanto, Esquire
123 S. Broad Street, Suite 2500
Philadelphia, PA 19109
carrie@cgclegal.com


*s/ Sarah M. Wolfe*
SARAH M. WOLFE
Assistant United States Attorney


Date:   September 3, 2021

-12-