PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Shahidul Gaffar                                              Docket No. 2:20CR00392

Petition for Action on Conditions of Pretrial Release

COMES NOW, Phillip Harris, Supervisory U.S. Pretrial Services Officer, presenting an official report upon the conduct of Shahidul Gaffar, who was placed under pretrial release supervision by the Honorable Joshua D. Wolson sitting in the Court at Philadelphia, on November 18, 2020, under the following conditions:

1. Report to Pretrial Services as directed.
2. Submit to GPS electronic monitoring at 16 Hunt Club Drive, Collegeville, PA. Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.
3. Surrender/Do not obtain a passport.
4. Surrender/Do not obtain a firearm.
5. Travel restricted to the Eastern District of Pennsylvania.
6. Maintain address at 16 Hunt Club Drive, Collegeville, PA.
7. Defendant is prohibited from entering a point of egress without Court approval. This includes and is not limited to airports and train stations.
8. Defendant shall surrender the passports of her children to pretrial services.
9. Defendant will cooperate with Pretrial Services to allow monitoring of all electronic devices at the discretion of the Pretrial Officer.

Respectfully presenting petition for action of Court and for cause as follows:

1. On May 22, 2024, the defendant was required to appear in local Court in reference to eviction proceedings from his residence, located at 16 Hunt Club Drive, Collegeville, PA. Mr. Gaffar reported he was ordered to vacate the residence within 10 days.

2. On June 8, 2024, the defendant changed his address to 212 N. Springfield Road, Clifton Heights, PA, without authorization from the Federal Court or U.S. Pretrial Services.

3. On June 10, 2024, Pretrial Services conducted a home assessment at 212 N. Springfield Road, Clifton Heights, PA, and determined the residence is suitable for supervision purposes.

PRAYING THAT THE COURT WILL ORDER: The defendant shall submit to location monitoring and maintain his address at 212 N. Springfield Road, Clifton Heights, PA.

ORDER OF COURT

Considered and ordered this __11th__ day of __June__, 20__24__ and ordered filed and made a part of the records in the above case.

_____
The Honorable Joshua D. Wolson
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

*Phillip Harris*
_____
Phillip Harris
Supervisory U.S. Pretrial Services Officer

Place: Philadelphia

Date: June 11, 2024